

**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Warren J. Rheaume**
206.757.8265 tel
206.757.7265 fax

warrenrheaume@dwt.com

December 16, 2010

The Honorable James L. Robart
U.S. Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

Re:   *Ivi, Inc., v. Fisher Communications, Inc., et al.*
      Case No. 10-1512-JLR

Dear Judge Robart:

This is a joint letter from counsel for all parties in the above-captioned case, sent at the suggestion of Ms. Condon.

On September 2, 2010 Defendants filed a Motion to Dismiss. Docket Entry 5. The noting date for that motion was October 22, 2010. No ruling has issued.

On October 20, 2010 the Court entered its Order Regarding Initial Disclosures, Joint Status Report and Early Settlement. Docket Entry 30. Your order sets December 20, 2010 as the due date for our Joint Status Report and the exchange of Initial Disclosures.

The parties would like to extend the due dates in the Order Regarding Initial Disclosures, etc. to a date thirty (30) days after entry of an order deciding the pending Motion to Dismiss. Such an extension would relieve the parties from incurring the substantial expense of preparing a Joint Status report and Initial Disclosures in a case with which may be dismissed on the referenced Motion.

Thank you for your consideration.

Very truly yours,

Davis Wright Tremaine LLP

Warren J. Rheaume

Cc:   Lawrence D. Graham
      David Allen Lowe
      Ellen M. Bierman

DWT 16104988v1 0092778-000001

Anchorage   New York        Seattle
Bellevue    Portland        Shanghai
Los Angeles San Francisco   Washington, D.C.

www.dwt.com